# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| | ) | CR 11-3264-TUC-DCB(DTF) |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Jose Juarez-Zepeda, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Dismiss Indictment.

Magistrate Judge Ferraro issued his Report and Recommendation on February 23, 2012. A copy was sent to all parties. Parties have notified this chambers that no objections to the Magistrate Judge's Report and Recommendation will be filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED Magistrate Judge Ferraro's Report and Recommendation is

///

ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Defendant's Motion to Dismiss Indictment is denied.

DATED this 24th day of February, 2012.

David C. Bury
United States District Judge